UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                                      CASE NO. 3:13cr26-MCR

MARK W. SHOEMAKER

_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 20, 2018. ECF No. 68. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's objection to the writ of execution, ECF No. 53, is **DENIED**. The government is permitted to garnish defendant's IRA. The government is responsible for evaluating the restitution amounts paid by the defendants in N.D. Fla. Case No. 3:16cr96-RV and ensuring the amount of restitution collected from Mr. Shoemaker does not exceed the amount owed.

**DONE AND ORDERED** this 29th day of August 2018.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**